# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3773

_____

Rollan Stanley,  \*
\*
Appellant,  \*
\*  Appeal from the United States
v.  \*  District Court for the
\*  Eastern District of Missouri.
BF&B Enterprises, Inc.; Labor and  \*
Industrial Relation Commission;  \*  [UNPUBLISHED]
Division of Employment BU;  \*
\*
Appellees.  \*

_____

Submitted: February 7, 2002
Filed: February 11, 2002

_____

Before HANSEN, Chief Judge, FAGG and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Rollan Stanley appeals the district court's pre-service dismissal of his 42
U.S.C. § 1983 action as frivolous. Having carefully reviewed the record, we
conclude the dismissal was proper. Accordingly, we affirm. See 8th Circuit Rule
47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.